IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | |
| )| |
| Plaintiff,          ) | |
| )| Criminal Action No. 06- 127 |
| v.          ) | |
| )| REDACTED |
| FREDERICK WEHLE,         ) | |
| )| |
| Defendant.          ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about June 16, 2006, in the State and District of Delaware, Frederick Wehle, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee, a sum of money belonging to and in the care, custody, control, management and possession of the First Bank of Delaware branch at 1000 Rocky Run Parkway, Wilmington, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: November 16, 2006

FILED

NOV 1 6 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE