IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 127 |
| | ) |
| FREDERICK WEHLE, | ) |
| | ) |
| Defendant. | ) |

**MOTION AND ORDER FOR ARREST WARRANT**

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Christopher J. Burke, Assistant United States Attorney for the District of Delaware, hereby moves this Honorable Court for the issuance of an arrest warrant against the Defendant, Frederick Wehle, pursuant to an Indictment returned against him by the Federal Grand Jury on November 16, 2006.

                                      COLM F. CONNOLLY
                                      United States Attorney

                BY: _____
                      Christopher J. Burke
                      Assistant United States Attorney

Dated: November 16, 2006

AND NOW, this _16th_ day of _NOVEMBER_, 2006, based upon the foregoing Motion,

IT IS ORDERED that an arrest warrant be issued for the arrest and apprehension of Frederick Wehle.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge