IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-127-~~MPT~~ UNA |
| | ) |
| FREDERICK WEHLE, | ) |
| | ) |
| Defendant. | ) |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. The defendant, who has been indicted for a violation of 18 U.S.C. § 2113(a) (bank robbery), is scheduled for an initial appearance before this Court on December 7, 2006, at 1:00 p.m.

2. The defendant is currently being held pending trial on related State charges at the Delaware Correctional Center in Smyrna, Delaware, and, therefore, must be writted out before this Court can conduct the initial appearance.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Delaware Correctional Center and to the United States Marshal for the District of Delaware to deliver Frederick Wehle to the office of the United States Marshal on December 7, 2006, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

D.I. #4

Respectfully submitted,

COLM CONNOLLY
United States Attorney

BY: _____/s/_____
Christopher J. Burke
Assistant United States Attorney

Dated: November 20, 2006

IT IS SO ORDERED this 21 day of NOVEMBER, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge