UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| | ) CASE NO. CR 06-127 (GMS) |
| vs. | ) ) |
| Frederick Wehle | ) ) ) |
| Defendant. | ) |

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *December 8, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *February 28, 2007*. The time between the date of this order and *February 28, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

*[signature]*
Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney