# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>FREDERICK WEHLE<br>　　　Defendant. | §<br>§<br>§  CRIMINAL ACTION NO. 06-127-UNA<br>§<br>§<br>§<br>§ |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  DAVID W. THOMAS, UNITED STATES MARSHAL, DISTRICT OF DELAWARE,
　　　WARDEN OF THE DELAWARE CORRECTIONAL CENTER, SMYRNA, DELAWARE

GREETINGS:

We command you that you do forthwith deliver and turn over to the United States Marshal for the District of Delaware, the body of the said **FREDERICK WEHLE** who is now detained and imprisoned in the DELAWARE CORRECTIONAL CENTER and who is a defendant in the above-entitled cause, in which cause the said **FREDERICK WEHLE** was charged with a violation of 18 U.S.C. SECTION 2113(a) for an **INITIAL APPEARANCE on THURSDAY, DECEMBER 7, 2006** at **1:00 PM** and to be returned to the Warden of the DELAWARE CORRECTIONAL CENTER after the federal charges are resolved.

　　　And have you then and there this writ.

　　　To the Marshal of the District of Delaware to execute.

WITNESS the Honorable Mary Pat Thynge, U.S. Magistrate Judge of the District Court of the United States for the District of Delaware, this 22nd day of NOVEMBER 2006.

　　　　　　　　　　　　　　　　　　　　PETER T. DALLEO, CLERK

　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CERTIFIED: 11/22/06
AS A TRUE COPY:
　　ATTEST:
　　PETER T. DALLEO, CLERK
BY _____
　　　Deputy Clerk