IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 06-127 (GMS) |
| | : | |
| FREDERICK WEHLE | : | |
| | : | |

**NOTICE OF RESCHEDULING OF HEARING**

IT IS HEREBY ORDERED that the change of plea hearing regarding the above-captioned defendant is rescheduled to **Wednesday, April 4, 2007, at 11:30 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 6A, 844 N. King Street, Wilmington, DE.

March 29, 2007

/s/ Gregory M. Sleet
UNITED STATES DISTRICT JUDGE