IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 06-127-GMS |
| FREDERICK WEHLE, | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT ONE

On or about June 12, 2006, in the Eastern District of Pennsylvania, Frederick Wehle, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee a sum of money belonging to and in the care, custody, control, management, and possession of the Citizens Bank branch located in the Giant Food Store at 1393 Dilworthtown Crossing, West Chester, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

### COUNT TWO

On or about September 20, 2004, in the Eastern District of Pennsylvania, Frederick Wehle, defendant herein, by intimidation, did intentionally take from the person and presence of a bank employee a sum of money belonging to and in the care, custody, control, management, and possession of the Citizens Bank branch located in the Giant Food Store at 1393 Dilworthtown

Crossing, West Chester, Pennsylvania, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

          COLM F. CONNOLLY
          United States Attorney

By: *Sophie E. Bryan*
     Sophie E. Bryan
     Assistant United States Attorney

Dated: March 29, 2007