IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-127-GMS |
| FREDERICK WEHLE, | : | |
| Defendant. | : | |

### ORDER

Having considered Defendant's Unopposed Motion For Postponement Of Sentencing Hearing;

**IT IS HEREBY ORDERED** this 11th day of June, 2007, that Defendant Wehle's Sentencing Hearing shall be on the 27th day of July, 2007, at 9:30 a.m./~~p.m.~~

Honorable Gregory M. Sleet
United States District Court



FILED

JUN 11 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE